# EXHIBIT B.1

# CLAIM CHART

# COUNT I



FIGURE 3

WGPLLC v Wells Fargo - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/lhk3347tmqp6tk4/wells_fargo.MP4?dl=0



FIGURE 4




**FIGURE 5**

WGPLLC v Wells Fargo - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/lhk3347tmqp6tk4/wells_fargo.MP4?dl=0

# EXHIBIT B.2

# CLAIM CHART

# COUNT II



FIGURE 3

WGPLLC v Wells Fargo - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/lhk3347tmqp6tk4/wells_fargo.MP4?dl=0



**FIGURE 4**

WGPLLC v Wells Fargo - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/lhk3347tmqp6tk4/wells_fargo.MP4?dl=0




FIGURE 5

WGPLLC v Wells Fargo - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/lhk3347tmqp6tk4/wells_fargo.MP4?dl=0

# CLAIM CHART

# COUNT III



FIGURE 3

WGPLLC v Wells Fargo - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/lhk3347tmqp6tk4/wells_fargo.MP4?dl=0



FIGURE 4

WGPLLC v Wells Fargo - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/lhk3347tmqp6tk4/wells_fargo.MP4?dl=0




FIGURE 5

WGPLLC v Wells Fargo - D930,702 Second Embodiment Claimed Design
https://www.dropbox.com/s/lhk3347tmqp6tk4/wells_fargo.MP4?dl=0