IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **WEPAY GLOBAL PAYMENTS LLC,** *Plaintiff,* <br><br> v. <br><br> **WELLS FARGO BANK, N.A.,** *Defendant.* | § § § § § § § § § | W-22-CV-00363-ADA-DTG |

## ORDER

This matter is before the Court on its own motion. The Court has scheduled a hearing for Tuesday, February 7, 2023 at 9:30 a.m. CST on the pending Motions to Withdraw as Attorney filed by Plaintiff's counsel (ECF Nos. 16 and 17). Given the indication in the Motions that Plaintiff and its counsel are not communicating, the Court ORDERS the following individuals to appear at the hearing via Zoom (https://txwd-uscourts.zoomgov.com/j/1610427634?pwd=V2RpaERVTkdySGI4b2F6cTZGSWRiZz09):

1. William Grecia, Wepay principal; and
2. A representative of Plaintiff Wepay Global Payments LLC.

Plaintiff does not have to designate someone other than Mr. Grecia to serve as its representative for Plaintiff at this hearing but may choose to do so.

Plaintiff's counsel is ORDERED to provide Mr. Grecia and Plaintiff with a copy of this order.

SIGNED this 3rd day of February, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE